Elizabeth H. Murphy (CA State Bar No. 174095)
Email: elizabeth.murphy@hro.com
Jonathan G. Fetterly (CA State Bar No. 228612)
Email: jon.fetterly@hro.com
HOLME ROBERTS & OWEN LLP
800 W. Olympic Boulevard, 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Defendant
RADIOSHACK CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEHRAN MOTAMEDI,<br><br>            Plaintiff,<br><br>  v.<br><br>RADIOSHACK CORPORATION; a Delaware corporation; and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO.: CV08-6653-RGK (PJWx)<br>**Hon. R. Gary Klausner**<br><br>**~~PROPOSED~~ JUDGMENT ON GRANTING OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Rule 58, FRCP)** |

      In accordance with Rule 58 of the Federal Rules of Civil Procedure, the Court having granted the Motion of Defendant, RadioShack Corporation, for Summary Judgment, this Court hereby enters judgment in favor of RadioShack Corporation and against Plaintiff, Mehran Motamedi, on all claims.

1

PROPOSED JUDGMENT

#15243 v1 lax

As the prevailing party, RadioShack Corporation is entitled to recover its costs, pursuant to Rule 54 of the Federal Rules of Civil Procedure and in accordance with Local Rule 54-1, et seq.  The amount of costs shall be determined by application to the Clerk of the Court.

IT IS SO ORDERED.

Dated:  August 21, 2009    _____
Honorable R. Gary Klausner